
**Seyfarth**

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/2020

March 3, 2020

**VIA ECF**

**MEMO ENDORSED**

Hon. Ronnie Abrams
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 1506
New York, NY 10007

**Re: *Matzura v. New Balance Athletics, Inc.*, Civil Action No.: 1:19-cv-11344-RA**

Dear Judge Abrams:

This firm represents Defendant New Balance Athletics, Inc. ("Defendant") in the above-referenced action. We have conferred with Plaintiff's counsel and write, with Plaintiff's concurrence, to jointly request a stay of this action until August 3, 2020.

By way of background, Defendant filed a motion to dismiss on February 14, 2020. Plaintiff's Opposition or First Amended Complaint is due on March 18, 2020. (ECF No. 13.)

The parties respectfully request that this action be stayed to allow for the resolution of motions to dismiss in similar matters arising out of gift cards that do not include Braille, which are currently pending before the Court and other judges in this District and the Eastern District of New York. The stay would allow the parties to have the benefit of the Court's analysis of the issues in other matters which will inform their assessment of the pending case. It will also conserve resources of both the parties and the Court. Similar stays were recently granted on the same grounds by this Court in *Delacruz v. Five Below, Inc.*, Case No. 1:19-cv-10294-RA (S.D.N.Y.) (ECF No. 16), and by Judge Woods in *Calcano v. Domino's Pizza, Inc.*, Case No. 1:19-cv-09823-GHW (S.D.N.Y.) (ECF No. 24) and *Delacruz v. Jamba Juice*, Case No. 1:19-cv-10321-GHW (S.D.N.Y.) (ECF No. 20). The orders are enclosed for the Court's convenience.

We thank the Court for its time and attention to this matter, and for its consideration of this application.



Respectfully submitted,

SEYFARTH SHAW LLP

/s/ John W. Egan

John W. Egan

cc:   All counsel of record (via ECF)

---

Application granted. This action is hereby stayed. The parties shall submit a joint status letter to the Court no later than August 3, 2020.

SO ORDERED.

Hon. Ronnie Abrams
3/4/2020