USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN MATZURA, *on behalf of himself and all other persons similarly situated*,

    Plaintiff,

v.

NEW BALANCE ATHLETICS, INC.,

    Defendant.

19-CV-11344 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    By Order dated August 3, 2022, the Court directed Plaintiff to file an amended complaint by September 5, 2022, to the extent he had a good-faith basis to do so. To date, no amended complaint has been filed. If it is not filed by September 21, 2022, the Court will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 14, 2022
           New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge